Scott K. Liner (SBN 144384)
    skliner@linerlaw.com
Nathan M. Davis (SBN 287452)
    ndavis@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:  (310) 500-3500
Facsimile:   (310) 500-3501

Attorneys for Defendant Wai & Connor, LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE J. FRANCIES, III<br><br>Plaintiff,<br><br>vs.<br><br>WAI & CONNOR, LLP,<br><br>Defendant. | Case No. 16-cv-02397-LB<br><br>**STIPULATION OF DISMISSAL**<br>ORDER<br><br>Next Hearing: CMC<br>Date:     September 15, 2016<br>Time:    11:00 a.m.<br>Crtrm.:  C – 15th Floor<br><br>The Hon. Laurel Beeler |

To the Honorable Court, all parties herein, and their respective counsel of record:

Plaintiff George J. Francies III and defendant Wai & Connor, LLP, hereby stipulate to dismiss this lawsuit pursuant to Rule 41(a)(1)(A)(i). Mr. Francies's claims are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees associated with this action and the dismissal.

The parties further request that the Case Management Conference set for September 15, 2016 be taken off calendar and any other dates or deadlines be vacated.

Dated: August 19, 2016          IN PRO PER


                                By:  /s/ George J. Francies, III
                                     George J. Francies, III


Dated: August 19, 2016          LINER LLP


                                By:  /s/ Nathan M. Davis
                                     Nathan M. Davis
                                     Attorneys for Defendant
                                     WAI & CONNOR, LLP

Pursuant to Local Rule 5-1(i)(3), Nathan M. Davis hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                By:  /s/ Nathan M. Davis
                                     Nathan M. Davis

IT IS SO ORDERED:

Dated: August 22, 2016

                                _____
                                United States Magistrate Judge Laurel Beeler